77,739-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 20 2015

Abel Acosta, Clerk

TO: Honorable CLERK, Abel Acosta JAN 11, 2015
OF The Court of Criminal Appeals

I am writing to get Confirmation of 3 Motion's That I HAVE sent to the Court of Criminal Appeals. I would like to know HAVE you Recived those 3 Motion's Below:

1.) DATE Nov 9, 2014 - PETITION For SUPERVISORY WRIT of REVIEW of Convicting Court 283rd DECISION on DNA Results HEARING

2.) DATE DEc 21, 2014 - WRITTEN ORDER Motion For lEAVE of Court to Filed AND AMEND Original Application For WRIT of MANdAMUS

3.) DATE DEc 28, 2014 - Motion For Appointment of Counsel For REPRESENTATION

PLEASE ConFrim that the Honorable Court of Criminal Appeal Have Recived these 3 motion's Above And could you PLEASE tell me the Status of EACH One.... Your time And EFForts ARE greatly Appreciated

Thank you!

RESPECTFULLY #14038893
CEDRIC DeMicheal ButlER
Cedric DeMicheal Butler